UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GILLESPIE,<br>　　　　Plaintiff,<br>　v.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br>　　　　Defendant. | CASE NO.: 1:16-cv-01937-EPG<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME** |

　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the time for Defendant to serve her response to appellant's letter brief on appellant be extended fourteen (14) days from September 5, 2017, until and including September 19, 2017. This is Defendant's first request for an extension of time. Counsel for the Defendant failed to note the correct date on his calendar when the response was

1

due.  All subsequent due dates will be extended by fourteen (14) days.  Counsel apologizes to Plaintiff, Plaintiff's Counsel, and the Court for any inconvenience cause by this delay.

Dated: September 15, 2017        /s/ Steven G. Rosales
                                 STEVEN G. ROSALES,
                                 (As authorized via e-mail on September 14, 2017)

                                 Attorney for Plaintiff

Dated: September 15, 2017        Respectfully submitted,

                                 PHILLIP A. TALBERT
                                 United States Attorney
                                 DEBORAH L. STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration


                         By:     /s/  Ben A. Porter
                                 BEN A. PORTER
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

2

**ORDER**

Based on the above stipulation, Defendant's request for a 14-day extension to serve her response to Plaintiff's letter brief is granted. All subsequent due dates will also be extended by fourteen (14) days.

IT IS SO ORDERED.

Dated: **September 19, 2017**  /s/ *Eric P. Grosj*
UNITED STATES MAGISTRATE JUDGE