# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GILLESPIE,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:16-cv-01937-EPG<br><br>**ORDER MODIFYING BRIEFING SCHEDULE**<br><br>(ECF No. 15) |

On October 18, 2017, the parties filed a stipulation to modify the briefing schedule in this proceeding. (ECF No. 15.) Based on the stipulation of the parties, the briefing schedule shall be modified as follows:

1. On or before December 15, 2017, Plaintiff shall file and serve his Opening Brief with the court and on Defendant;
2. On or before January 15, 2018, Defendant shall file and serve its Responsive Brief with the court and on Defendant;
3. On or before January 30, 2018, Plaintiff shall file and serve his Reply Brief, if any, with the court and on Defendant.

IT IS SO ORDERED.

Dated: **October 19, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE