# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GILLESPIE,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:16-cv-01937-EPG<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

    Plaintiff Michael Gillespie ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to December 29, 2017; and that Defendant shall have until January 29, 2018, to file her opposition. Any reply by plaintiff will be due February 13, 2018.

    Counsel requires a final extension due to several motions being due at one time, the impending holiday season, and to properly manage in order to properly

-1-

present the issues in the administrative record. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: December 27, 2017     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED: December 27, 2017     BENJAMIN WAGNER
United States Attorney

\*/S/- Ben A. Porter

_____
Ben A. Porter
Special Assistant United States Attorney
Attorney for Defendant
[\*Via email authorization]

# **ORDER**

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time to and including December 29, 2017, in which to file Plaintiff's Opening Brief. Defendant shall have an extension of time to January 29, 2018 to file an opposition, if any. Any reply by Plaintiff shall be due February 13, 2018.

IT IS SO ORDERED.

Dated: **December 27, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

-3-