UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GILLESPIE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:16-cv-01937-EPG<br><br>**ORDER MODIFYING BRIEFING SCHEDULE** |

　　　Plaintiff shall have an extension of time to and including January 8, 2018, to file an opening brief. Defendant shall have an extension of time to February 7, 2018 to file an opposition. Plaintiff shall file a reply, if any, no later than February 22, 2018.

IT IS SO ORDERED.

　　　Dated: **January 11, 2018**　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1